UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20476-CIV-SEITZ/WHITE

REINALDO MEDINA,

        Petitioner,

v.

KENNETH S. TUCKER, et al.,

        Respondents,
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-19]. In that Report, Magistrate Judge White recommends that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be dismissed because the Petition became moot when Petitioner was released from the Florida Department of Correction's custody and the immigration detainer was lifted. Petitioner has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Plaintiff has not objected, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-19] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [DE-1] is DISMISSED.

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 7th day of November, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge White
        All Counsel of Record